JAMES J. DELANEY, Respondent, v AUTOMATED BREAD CORP., Appellant.

The penalty of striking a pleading for failure to comply with an order of disclosure (CPLR 3126 [3]) is an extreme one which is warranted only where the failure has been willful or contumacious (*Bassett v Bando Sangsa Co.,* 103 AD2d 728; *Oppenheim & Macnow v Worth,* 103 AD2d 687; *Joseph v Roller Castle,* 100 AD2d 839; *Battaglia v Hofmeister,* 100 AD2d 833; cf. *Baumann v Dee,* 100 AD2d 504). Under the facts and circumstances of this case, we conclude that defendant should be granted one final opportunity to comply with the discovery order within the time we have prescribed (*Joseph v Roller Castle, supra*).

In the event defendant fails to so comply, its answer shall be stricken. Titone, J. P., Bracken, Rubin and Lawrence, JJ., concur.